IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAITLYNN SWAFFORD**
**ADC #757187**                                                                                                      **PLAINTIFF**

V.                                        NO. 4:23-cv-00900-BRW-ERE

**LONOKE COUNTY JAIL,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Ms. Swafford has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Ms. Swafford's official capacity claims against Defendant Norman are DISMISSED, without prejudice, based on her failure to state a constitutional claim for relief. Ms. Swafford's claims against Defendants Faythe LaBlanc, Barbara Elmore, and Kevin Smith are dismissed for improper joinder. Ms. Swafford's claims against Defendant Amanda Floode are dismissed based on her failure to state a plausible constitutional claim for relief.

The Clerk is instructed to terminate Faythe LaBlanc, Barbara Elmore, Kevin Smith, and Amanda Floode as party Defendants.

IT IS SO ORDERED this 20th day of December, 2023.


                                                                                Billy Roy Wilson
                                                                                UNITED STATES DISTRICT JUDGE