## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KAITLYNN SWAFFORD                                                    PLAINTIFF

v.                                        No. 4:23-cv-900-DPM

ELIZABETH NORMAN                                                     DEFENDANT

### ORDER

This case was recently reassigned to my docket. Prior to the reassignment, the Clerk sent consent forms to Swafford and Norman for a Magistrate Judge to preside over the remainder of the case. Swafford had requested this. *Doc. 26-1.* But she didn't fill out the official consent form. The mailed form to Norman was returned as undeliverable.

I have what I believe to be a correct mailing address for Norman and have provided it to the Clerk. I direct the Clerk to re-send the consent forms to Swafford and Norman. Swafford and Norman must fill out the forms and return them by 30 May 2025. The case will then be scheduled for trial.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025
_____