IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAITLYNN SWAFFORD                                               PLAINTIFF

v.                          No. 4:23-cv-900-DPM

ELIZABETH NORMAN                                                DEFENDANT

## ORDER

The parties did not consent to a Magistrate Judge to preside over the remainder of the case. This Court will therefore set trial on its own docket. A separate Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2025