# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KAITLYNN SWAFFORD**                                                     **PLAINTIFF**

**v.**                       **No. 4:23-cv-900-DPM-ERE**

**ELIZABETH NORMAN**                                                      **DEFENDANT**

## ORDER

To better manage the Court's schedule, the jury trial is re-set for 21 April 2026 at 9:30 a.m. The remaining deadlines in the Final Scheduling Order, *Doc. 40*, remain in effect.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 December 2025