## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KAITLYNN SWAFFORD                                         PLAINTIFF

v.                        No. 4:23-cv-900-DPM-ERE

ELIZABETH NORMAN                                         DEFENDANT

### ORDER

The Court appreciates but declines Magistrate Judge Ervin's careful recommendation, *Doc. 50.* The day after the recommendation was made, Norman updated her address and indicated a desire to defend against Swafford's claims. *Doc. 51.* She says she recently moved and was unaware of the 3 March 2026 status conference, at which she failed to appear.

Norman also requests appointed counsel. Swafford doesn't have a lawyer; and in the circumstances, the Court declines to appoint one for Norman. The law and facts here aren't so complex as to warrant appointing counsel, especially for only one side. *Plummer v. Grimes,* 87 F.3d 1032, 1033 (8th Cir. 1996).

In the circumstances, the 21 April 2026 trial is canceled and the Final Scheduling Order, *Doc. 40,* is suspended. After Magistrate Judge Ervin holds another status conference, an Amended Final Scheduling Order will issue. The Court refers the case back to her for further

proceedings to move the matter, as soon as practicable, toward a resolution on the merits.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2026