IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

KAITLYNN SWAFFORD                                                      PLAINTIFF

v.                              No. 4:23-cv-900-DPM-ERE

ELIZABETH NORMAN                                                      DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 56*, adopted.  Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes).   Norman has forfeited the right to defend against the allegations in Swafford's complaint.  She is in default.  All the factual allegations about liability in the complaint are deemed true without the need for proof.  The case remains referred to Magistrate Judge Ervin to hold an evidentiary hearing and make a recommendation about damages.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026