IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAITLYNN SWAFFORD** **PLAINTIFF**

**v.** **No. 4:23-cv-900-DPM**

**ELIZABETH NORMAN** **DEFENDANT**

# ORDER

Unopposed recommendation, *Doc. 61*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Judgment will issue.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2026