**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KAITLYNN SWAFFORD** **PLAINTIFF**

**v.** **No. 4:23-cv-900-DPM**

**LONOKE COUNTY JAIL; FAYTHE LABLANC, Detention Deputy, Lonoke County Jail; BARBARA ELMORE, Judge, Lonoke County Circuit Court; KEVIN SMITH, Detective/Deputy Sheriff, Lonoke County Jail; AMANDA FLOODE, Jail Administrator, Lonoke County Jail; and ELIZABETH NORMAN** **DEFENDANTS**

**JUDGMENT**

Kaitlynn Swafford shall have judgment against Elizabeth Norman in her individual capacity for $1. Post-judgment interest will accrue at 4.04% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b). Her remaining claims are dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 August 2026